

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-22-2006

# USA v. Coleman

Precedential or Non-Precedential: Precedential

Docket No. 05-1348

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. Coleman" (2006). *2006 Decisions.* Paper 786.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/786

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-1348

UNITED STATES OF AMERICA

v.

EDWARD COLEMAN
a/k/a JOHN LONG,

Edward Coleman,
Appellant

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action No. 04-cr-00097)
District Judge: Honorable Petrese B. Tucker

Submitted Under Third Circuit LAR 34.1(a)
April 27, 2006

Before: AMBRO and FUENTES, Circuit Judges,
and IRENAS,[*] District Judge

(Opinion filed June 15, 2006)

**ORDER  AMENDING  PUBLISHED  OPINION**

AMBRO, Circuit Judge

IT IS NOW ORDERED that the published Opinion in the above case filed June
15, 2006, be amended as follows:

---

[*] Honorable Joseph E. Irenas, Senior District Judge for the District of New Jersey,
sitting by designation.

On page 16, footnote 5, last line, replace "238-29" with "238-39" so that the <u>Jones</u> pin cite reads, "<u>Jones</u>, 526 U.S. at 238-39, 248-49."

By the Court,

<u>/s/ Thomas L. Ambro, Circuit Judge</u>

Dated: June 22, 2006